UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., and CITIBANK, NATIONAL ASSOCIATION,<br><br>    Defendants. | Case No. 17-cv-00351-JSW<br><br>**FINAL ORDER TO PLAINTIFF TO SHOW CAUSE REGARDING SERVICE ON CITIBANK**<br><br>Re: Dkt. Nos. 17, 19 |

On May 1, 2017, the Court issued an Order to Show Cause to Plaintiff, directing him to show cause why it should not dismiss this case as to Citibank National Association ("Citibank") based on the failure to comply with Federal Rule of Civil Procedure 4(m). Plaintiff's response to the Order to Show Cause was due by no later than May 15, 2017. Plaintiff has not responded to the Order to Show Cause.

In light of the large number of cases filed by Plaintiff's counsel, the Court shall not penalize Plaintiff, and it shall afford Plaintiff one final opportunity to respond to the Order to Show Cause. Plaintiff's response to this Final Order to Show Cause shall be due by May 22, 2017. If Plaintiff has not filed a response by that date, the Court shall dismiss Citibank without prejudice, for failure to comply with Rule 4(m).

Finally, the Court issues this admonishment to Plaintiff's counsel. The Sagaria Law Firm chose to file hundreds of these cases within this District. It is not the Court's responsibility to keep track of deadlines and filing requirements.

Going forward, Plaintiff's *counsel* is admonished that failure to comply with Court imposed deadlines may result in orders to show cause as to why monetary sanctions should not be

imposed for failure to comply with those deadlines.

**IT IS SO ORDERED.**

Dated: May 17, 2017

_____
JEFFREY S. WHITE
United States District Judge